No. 10M50. SETHUNYA *v.* WEBER STATE UNIVERSITY ET AL.;
No. 10M52. PARTHEMORE *v.* CALIFORNIA; and
No. 10M53. DYER *v.* STOVALL, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10M49. RHOADES ET AL. *v.* IDAHO. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 10M51. MOHAMMED ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file petition for writ of certiorari under seal granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–987. ARIZONA CHRISTIAN SCHOOL TUITION ORGANIZATION *v.* WINN ET AL.; and
No. 09–991. GARRIOTT, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE *v.* WINN ET AL. C. A. 9th Cir. [Certiorari granted, 560 U. S. 924.] Motion of petitioner Arizona Christian School Tuition Organization to file a supplemental brief after argument granted.

No. 09–1156. MATRIXX INITIATIVES, INC., ET AL. *v.* SIRACUSANO ET AL. C. A. 9th Cir. [Certiorari granted, 560 U. S. 964.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–5624. MITCHELL *v.* CASTILLO, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 807] denied.

No. 10–6799. HAMMOND *v.* TUFAMERICA, INC. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 27, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–606. IN RE HEIMERMANN; and
No. 10–7450. IN RE SHAARBAY. Petitions for writs of habeas corpus denied.